# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                           : NO. 923
                                                 :
APPOINTMENT TO CONTINUING      : SUPREME COURT RULES DOCKET
JUDICIAL EDUCATION BOARD OF    :
JUDGES                                        :
                                                 :

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of November, 2022, the Honorable Charles A. Ehrlich, Philadelphia, is hereby appointed to the Continuing Judicial Education Board of Judges for a term of three years, commencing December 31, 2022.